USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| <u>State of New Hampshire</u><br>*Plaintiff* | )<br>) | |
| v. | ) | Case No.   1:17-cv-00427-PB |
| <u>Purdue Pharma LP, et al</u><br>*Defendant* | )<br>) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

<u>State of New Hampshire</u>.

Date:   <u>09/25/0201</u>

<u>/s/ James Boffetti</u>
*Attorney's signature*

James Boffetti, 9948
*Printed name and bar number*

NH Attorney General's Office
33 Capitol Street, Concord, NH 03301

*Address*

james.boffetti@doj.nh.gov
*E-mail address*

(603) 271-0302
*Telephone number*

(603) 271-2110
*FAX number*

CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

dvicinanzo@nixonpeabody.com; ddeane@nixonpeabody.com

Conventionally Served:

| 09/25/2017 | /s/ James Boffetti |
|---|---|
| Date | Signature |